UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GAIL KLEINAU, | ) | Case No.: 1:12-cv-00276 AWI JLT |
| | ) | |
| Plaintiff, | ) | ORDER AFTER SETTLEMENT CONFERENCE |
| v. | ) | |
| | ) | |
| CITIZENS BUSINESS BANK, | ) | |
| | ) | |
| Defendant. | ) | |

On July 9, 2013, the Court conducted a settlement conference in this matter. The parties were able to come to agreement as to the terms of settlement. Based upon the settlement, the Court **ORDERS**:

    1.    Defense counsel **SHALL** provide a draft settlement agreement to Plaintiff's counsel **no later than July 12, 2013**;

    2.    Plaintiff's counsel **SHALL** communicate any desired changes to defense counsel **no later than July 28, 2013**;

    3.    Within one week of the finalization of the terms of the settlement agreement, Plaintiff **SHALL** execute the agreement and return it to defense counsel forthwith. Within one week of the date of Plaintiff's execution of the document, Defendant **SHALL** execute the agreement and provide Plaintiff's counsel a fully executed copy of the agreement;

1

4.      The parties **SHALL** file a stipulated dismissal of this action **no later than August 16, 2013**;

5.      All pending dates, motions, conferences and hearings, including the trial date and pretrial conference, are **VACATED.**

**Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.**

IT IS SO ORDERED.

Dated:   **July 9, 2013**                                       **/s/ Jennifer L. Thurston**
                                                                            UNITED STATES MAGISTRATE JUDGE