1  **RANDY RUMPH**  (SBN: 232235)
1401 - 19TH STREET, SUITE 200
2  BAKERSFIELD, CALIFORNIA   93301
PHONE: (661) 322-4600
3
Attorney for Plaintiff Gail Kleinau

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL KLEINAU, an individual, <br> PLAINTIFF, <br> vs. <br> CITIZENS BUSINESS BANK <br> DEFENDANT. | CASE NO. 1:12-CV-00276-AWI-JLT <br><br> STIPULATION FOR DISMISSAL |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be, and hereby is, dismissed with prejudice, pursuant to *Federal Rules of Civil Procedure* Rule 41(a)(1), each party to bear its own costs and attorneys' fees.

Dated August 16, 2013.                                                          KINAGA LAW FIRM

By: /s/ Drew Alexis

Drew Alexis, Attorney for Defendant Citizens Business Bank

1

STIPULATION FOR DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| 1 | Dated August 16, 2013. | Law Office of Randy Rumph |
| 2 | | By: /s/ Randy Rumph |
| 3 | | Randy Rumph, Attorney for Plaintiff Gail Kleinau |

**O R D E R**

The parties to this action having stipulated through their designated counsel, the above captioned action shall be and hereby is dismissed, with prejudice, pursuant to *Federal Rules of Civil Procedure, Rule 41(a)(1)*.

IT IS SO ORDERED.

Dated:   August 19, 2013

_____
SENIOR  DISTRICT  JUDGE